DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>FRANK S. SANTOS,<br><br>   Defendant. | CRIMINAL CASE NO. 95-00146-001<br><br>**ORDER** |

On July 2, 2007, the Court received payment in the amount of $200.00, receipt number 31751, which was inadvertently applied toward Deposit Fund 6855XX (Exhibit A). According to the Judgment, filed June 17, 2005, Defendant Frank S. Santos was ordered to pay a special assessment fee of $200.00 and a fine of $100,000.00. Therefore, it is hereby ordered that the payment of $200.00 shall be transferred from Fund 6855XX to Fund 504100 to be applied toward his fine.

DATED this _6th_ day of July, 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
CHIEF JUDGE
DISTRICT COURT OF GUAM

```
              RECEIPT FOR PAYMENT
              DISTRICT COURT OF GUAM
                  HAGATNA, GUAM

    Rcpt#: 31751            Date: 7/2/2007
                            Time: 9:11:22 AM

    Received From:
        FSC Corporation
        P.O. Box 326565
        Hagatna, GU 96932

    ─────────────────────────────────────────

    CR-95-00146
    USA v. Santos
    Party: SANTOS, FRANK C.
           Account                    Amount
    ─────────────────────   ──────────────────

    Restitution #1
       1855XX                          200.00

                            ──────────────────
    TOTAL DUE .........:              200.00
                            ──────────────────
    TENDERED..........:
        Check..........:              200.00
        #414  101-5117/1214
                            ──────────────────
    TOTAL RECEIVED...:                200.00
                            ──────────────────
    CHANGE DUE.......:                  0.00


    Checks and drafts are accepted subject
    to collection and full credit will only
    be given when the check or draft has
    been accepted by the financial
    institution on which it was drawn.


    Deputy
    Clerk:  [signature]
            Franchine A Dias
```

**EXHIBIT A**