
**FILED**
DISTRICT COURT OF GUAM

OCT 30 2007

JEANNE G. QUINATA
Clerk of Court

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FRANK S. SANTOS,

    Defendant.

CRIMINAL CASE NO. 95-00146-001

**ORDER**

On October 1, 2007, the Court received payment in the amount of $200.00, receipt number 32967, which was inadvertently applied toward Deposit Fund 6855XX (Exhibit A). According to the Judgment, filed June 17, 2005, Defendant Frank S. Santos was ordered to pay a special assessment fee of $200.00 and a fine of $100,000.00. Therefore, it is hereby ordered that the payment of $200.00 shall be transferred from Fund 6855XX to Fund 504100 to be applied toward his fine.

SO ORDERED: 10/30/07

FRANCES M. TYDINGCO-GATEWOOD
Chief Judge, District Court of Guam

```
                    RECEIPT FOR PAYMENT
                    DISTRICT COURT OF GUAM
                       HAGATNA, GUAM

   Rcpt#: 32967                    Date: 10/1/2007
                                   Time: 11:25:21 AM

   Received From:
       FSS Corporation
       P.O. Box 326565
       Hagatna, GU 96932

   ================================================

   CR-95-00146
   USA v. Santos
   Party: SANTOS, FRANK,
       Account                              Amount
   -----------------------------    ----------------
       Restitution 01
           6855XX                            200.00
                                   ================
   TOTAL DUE........:                        200.00
                                   ================
   TENDERED.........:
       Check........:                        200.00
       #467  101-511/1214
                                   ----------------
   TOTAL RECEIVED...:                        200.00
                                   ----------------
   CHANGE DUE.......:                          0.00


   Checks and drafts are accepted subject
   to collection and full credit will only
   be given when the check or draft has
   been accepted by the financial
   institution on which it was drawn.


   Deputy
   Clerk:  _____
                Peter DV Santos
```

EXHIBIT A