# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00146-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| FRANK S. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On June 14, 2005, Frank S. Santos was sentenced in the District Court of Guam for <u>Count I</u>: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§371 and 1343; <u>Count II</u>: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§1956(a)(1) and 1956(h); and <u>Count III</u>: Forfeiture, in violation of 18 U.S.C. §982(a)(1). He was sentenced to a term of five years probation. Mr. Santos' probation conditions include: comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from custody and to two periodic drug tests thereafter, as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; provide the probation officer access to any and all requested financial information; maintain gainful employment and continue to support his dependents; pay a $200 special assessment fee; and pay a $100,000 fine within a period of six months. On July 24, 2006, Mr. Santos' probation conditions were modified to allow him to make payments of $200 a month towards his $100,000 fine.

      On May 6, 2008, Mr. Santos submitted two separate requests to travel to Manila, Republic of the Philippines, for business which will be paid for by his employer. His proposed travel dates are from May 15, 2008 to May 19, 2008 and from May 22, 2008 to May 26, 2008.

Request to Travel
Re:     SANTOS, Frank S.
Criminal Case No. 95-00146-001
May 12, 2008
Page 2

       To date, Mr. Santos has been compliant with his probation conditions.  He paid his $200 special assessment fee on June 16, 2005.  He continues to make timely monthly fine payments and has paid a total of $5,150 since the commencement of his probation term.  Mr. Santos regularly submits his monthly supervision reports.  This Officer supports his travel request and seeks Court approval.

                                        Respectfully submitted,

                                        ROSSANNA VILLAGOMEZ-AGUON
                                        Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
            U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
      U.S. Probation Officer Specialist
          Supervision Unit Leader

cc:     File

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Frank S. Santos**
Criminal Case No. 95-00146-001
SS# XXX-XX-1514
DOB: XX-XX-1951
HT: 5'11" WT: 218 lbs



DATE: **March 12, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO **Manila, Republic of the Philippines**

LEAVING **March 15, 2008** AND RETURNING **March 19, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Manila, Republic of the Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVED   ☐ DISAPPROVED

| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Frank S. Santos**
Criminal Case No. 95-00146-001
SS# XXX-XX-1514
DOB: XX-XX-1951
HT: 5'11" WT: 218 lbs

DATE: May 12, 2008

YOU ARE AUTHORIZED TO TRAVEL TO **Manila, Republic of the Philippines**

LEAVING **May 22, 2008** AND RETURNING **May 26, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall abide by your conditions of supervised release while in Manila, Republic of the Philippines;

2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;

3. You shall call your probation officer if you change accommodation/location; and

4. You shall call your probation officer within 24 hours upon your return to Guam.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME _____  ☐ APPROVED  ☐ DISAPPROVED
ADDRESS _____
_____