# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00146-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE OF WITHDRAWAL |
| vs. | ) | Re: REQUEST TO TRAVEL |
| | ) | |
| FRANK S. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     On May 6, 2008, Mr. Santos submitted two separate requests to travel to Manila, Republic of the Philippines, for business which will be paid for by his employer. His proposed travel dates were from May 15, 2008 to May 19, 2008 and from May 22, 2008 to May 26, 2008. Mr. Santos is unable to make the trips due to circumstances at his employment which require him to remain on Guam. The Probation Officer respectfully petitions that Mr. Santos' request for travel be rescinded.

                              Respectfully submitted,

                              ROSSANNA VILLAGOMEZ-AGUON
                              Chief U.S. Probation Officer

By:  /s/ JUDY ANNE L. OCAMPO
                              U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
      U.S. Probation Officer Specialist
      Supervision Unit Leader

cc:    File