| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT FEDERAL PROBATION SYSTEM **PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE U.S. PROBATION OFFICE 2nd Floor, U.S. District Courthouse 520 West Soledad Avenue Hagatna, Guam 96910 Tel: (671) 473-9201 |
|---|---|---|

**Frank S. Santos**
Criminal Case No. 95-00146-001
SS# XXX-XX-1514
DOB: XX-XX-1951
HT: 5'11" WT: 218 lbs



DATE: **May 16, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO  **Manila, Republic of the Philippines**

LEAVING  **May 29, 2008**  AND RETURNING  **June 2, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

**1. You shall abide by your conditions of supervised release while in Manila, Republic of the Philippines;**

**2. You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

**3. You shall call your probation officer if you change accommodation/location; and**

**4. You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JUDY ANNE L. OCAMPO
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

[X] APPROVED    [ ] DISAPPROVED

/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: May 19, 2008

Case 1:95-cr-00146    Document 45    Filed 05/19/2008    Page 1 of 1