# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 95-00146-001 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **REQUEST TO TRAVEL** |
| vs. | ) | |
| | ) | |
| FRANK S. SANTOS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      On June 14, 2005, Frank S. Santos was sentenced in the District Court of Guam for <u>Count I</u>: Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§371 and 1343; <u>Count II</u>: Conspiracy to Commit Money Laundering, in violation of 18 U.S.C. §§1956(a)(1) and 1956(h); and <u>Count III</u>: Forfeiture, in violation of 18 U.S.C. §982(a)(1). He was sentenced to a term of five years probation with conditions to include that he comply with the standard conditions of supervised release as set forth by the U.S. Probation Office; not commit another federal, state, or local crime; not unlawfully possess and refrain from any unlawful use of a controlled substance; submit to one drug test within 15 days of release from custody and to two periodic drug tests thereafter, as determined by the Court; not possess a firearm, ammunition, destructive device, or any other dangerous weapon; provide the probation officer access to any and all requested financial information; maintain gainful employment and continue to support his dependents; pay a $200 special assessment fee; and pay a $100,000 fine within a period of six months. On July 24, 2006, Mr. Santos' probation conditions were modified to allow him to make payments of $200 a month towards his $100,000 fine.

      On July 25, 2008, Mr. Santos submitted a request to travel to Manila, Republic of the Philippines, for business purposes, which will be paid for by his employer. His proposed travel dates are from August 10, 2008 to August 13, 2008.

      To date, Mr. Santos has been generally compliant with his probation conditions. He paid his $200 special assessment fee on June 16, 2005 and has paid a total of $5,750 towards his fine obligation since the commencement of his probation term. His balance as of July 10, 2008, interest included, remains at $104,460.21. In addition, Mr. Santos completed his administrative drug testing requirement on August 1, 2005 and submits timely monthly supervision reports. Mr. Santos has

Request to Travel
Re: SANTOS, Frank S.
Criminal Case No. 95-00146-001
July 29, 2008
Page 2

been allowed to travel on four other occasions and he returned without incidence. This Officer supports his travel request and seeks Court approval.

                        Respectfully submitted,

                        ROSSANNA VILLAGOMEZ-AGUON
                        Chief U.S. Probation Officer

By:  /s/ JOHN W. SAN NICOLAS II
                    U.S. Probation Officer

Reviewed by:

 /s/ CARMEN D. O'MALLAN
U.S. Probation Officer Specialist
Supervision Unit Leader

cc: File

| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. PROBATION OFFICE<br>2nd Floor, U.S. District Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910<br>Tel: (671) 473-9201 |
|---|---|---|

**Frank S. Santos**
Criminal Case No. 95-00146-001
SS# XXX-XX-1514
DOB: XX-XX-1951
HT: 5'11" WT: 218 lbs



DATE: **July 29, 2008**

YOU ARE AUTHORIZED TO TRAVEL TO       **Manila, Republic of the Philippines**

LEAVING       **August 10, 2008**       AND RETURNING       **August 13, 2008**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

**Business.**

SPECIAL INSTRUCTIONS:       (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. **You shall abide by your conditions of probation while in Manila, Republic of the Philippines;**

2. **You shall call your probation officer as soon as you are aware of the need to remain away from Guam for a longer period than authorized;**

3. **You shall call your probation officer if you change accommodation/location; and**

4. **You shall call your probation officer within 24 hours upon your return to Guam.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

/s/ JOHN W. SAN NICOLAS II
UNITED STATES PROBATION OFFICER

NAME
ADDRESS

☐ APPROVED       ☐ DISAPPROVED

x